UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jamaal Russ,<br><br>            Plaintiff,<br><br>     vs.<br><br>Portfolio Recovery Associates, LLC<br><br>            Defendant. | Case No. 1:22-cv-00960-LMM-CCB<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Portfolio Recovery Associates, LLC, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Portfolio Recovery Associates, LLC, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: August 19, 2022

                              Respectfully submitted,

                              By: /s/ Daniel M. Brennan
                              Bar Number 271142
                              Credit Repair Lawyers of America
                              39111 Six Mile Road, Suite 142
                              Livonia, MI 48152
                              Telephone: (248) 353-2882
                              Facsimile: (248) 353-4840
                              E-Mail: daniel@crlam.com

        Attorneys for Plaintiff,
        Jamaal Russ

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: August 19, 2022